EMILIA FLAUMEIA SABELLA ET AL., RESPONDENTS, v. LLOYD BRAZILERO, APPELLANT.

Argued March 12, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 505.

For the respondents, *Remsen Cowenhoven.*

For the appellant, *McDermott & Enright.*

87 *N. J. L.*                    Savage *v.* Stover.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, MINTURN, KALISCH, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ.    11.

*For reversal*—None.